UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>             Plaintiff,<br><br>      v.<br><br>Nathan Jacobson, et al.,<br><br>             Defendants. | Case No.  07-cr-2016-JLS<br><br>**ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA** |

Pending before the Court is Defendant Nathan Jacobson's Motion to Withdraw Guilty Plea pursuant to Federal Rule of Civil Procedure 11(d)(2)(B). (Dkt. 1197.) Rule 11(d)(2)(B) states that "[a] defendant may withdraw a plea of guilty . . . after the court accepts the plea, but before it imposes sentence if . . . the defendant can show a fair and just reason for requesting the withdrawal."

Based on the evidence before this Court, including Mr. Jacobson's sworn declaration and the testimony of his former counsel Steven Skurka, and the government's non-opposition to the Motion to Withdraw, and good cause appearing, the Court finds that there are fair and just reasons for withdrawal of Mr. Jacobson's guilty plea. Accordingly, the Court hereby GRANTS the Motion to Withdraw, DECLARES the plea agreement null and void, and VACATES Mr. Jacobson's guilty plea.

IT IS SO ORDERED.

Dated: September 15, 2014

Hon. Janis L. Sammartino
United States District Judge